IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

STANLEY TUNE and DEBORAH TUNE,

    Plaintiffs,

VS.                                No. 01-1209-T

KARL GUTHKE and ROBERT LEACH,

    Defendants.

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs have moved for permission to permit Matthew D. Richardson to participate pro hac vice on their behalf in this action. Mr. Richardson is a member in good standing in the U. S. District Court for the Eastern District of Missouri. For good cause shown, that motion is granted. It is hereby ordered that Matthew D. Richardson be admitted pro hac vice and may actively participate in this action, including pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

27 April 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  05-02-05

(58)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 1:01-CV-01209 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Matthew D. Richardson
LITTLE SCHELLHAMMER & RICHARDSON
123 S. Second St.
P.O. Box 1226
Poplar Bluff, MO 63902

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Ricky L. Boren
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Honorable James Todd
US DISTRICT COURT