IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |
|---|---|
| STANLEY TUNE and DEBORAH TUNE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> VS. ) <br> ) <br> KARL GUTHKE and ROBERT LEACH, ) <br> ) <br> Defendants. ) | No. 1-01-1209-T |

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

Plaintiffs Stanley Tune and Deborah Tune have moved the court to continue this case which is set for trial on August 22, 2005. Plaintiffs' previous counsel was allowed to withdraw and Plaintiffs have retained new counsel. Plaintiffs argue that the trial date should be continued to allow additional time to complete discovery and to provide Defendants with additional evidence. Plaintiffs further argue that a continuance will increase the likelihood of a pretrial settlement. Accordingly, this case is hereby reset for December 15, 2005.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

28 April 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  05-02-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:01-CV-01209 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Matthew D. Richardson
LITTLE SCHELLHAMMER & RICHARDSON
123 S. Second St.
P.O. Box 1226
Poplar Bluff, MO 63902

Ricky L. Boren
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Justin M. Ross
MARTIN TATE MORROW & MARSTON
22 North Front St.
Ste. 1100
Memphis, TN 38103--118

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT