IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

STANLEY TUNE and
DEBORAH TUNE,

    Plaintiffs,

vs.                                    Cause No.  1-01cv1209-T

KARL GUTHKE and
ROBERT LEACH,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

In this cause came counsel for all parties who announce to the Court that the matters in controversy between them have been settled and, accordingly, by consent, this cause of action, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Entered this ___7th___ day of November, 2005.

                                            _____
                                            James D. Todd
                                            Chief Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___11-08-05___

APPROVED:

_____
Ricky Boren, Attorney for Plaintiffs

_____
Lee L. Piovarcy, Attorney for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 1:01-CV-01209 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Ricky L. Boren
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Matthew D. Richardson
LITTLE SCHELLHAMMER & RICHARDSON
123 S. Second St.
P.O. Box 1226
Poplar Bluff, MO 63902

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT