IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

STANLEY TUNE and
DEBORAH TUNE,

    Plaintiffs,

VS.                                                                        No. 01-1209-T

CARL GUTHKE and
ROBERT LEACH,

    Defendants.

## ORDER OF REFERENCE

Plaintiffs' Motion to Determine Amount of Attorney's Lien is hereby referred to United States Magistrate Judge Thomas Anderson for report and recommendation.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

10 November 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 1:01-CV-01209 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Ricky L. Boren
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Matthew D. Richardson
LITTLE SCHELLHAMMER & RICHARDSON
123 S. Second St.
P.O. Box 1226
Poplar Bluff, MO 63902

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT