IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY TUNE and DEBORAH TUNE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | NO.: 01-1209-T-An |
| CARL GUTHKE and ROBERT LEACH, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the Order of Reference entered by United States District Judge James D. Todd on November 10, 2005, this matter was referred to the Magistrate Judge for a report and recommendation.

**IT IS THEREFORE ORDERED** that a hearing on the Plaintiffs' Motion to Determine Amount of Attorney's Lien be held on **WEDNESDAY, JANUARY 25, 2006 at 9:30 a.m.** in the Magistrate Judge Courtroom, 4th floor, U.S. Courthouse, Jackson, Tennessee.

No later than **JANUARY 4, 2006**, Plaintiffs' former counsel, Mr. John Michael Bailey, shall submit a detailed statement of the fees and expenses he seeks, and a memorandum of law which sets forth any legal authority he relies on to support an award for the fees and expenses he seeks.

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11-29-05

Plaintiffs' present counsel shall have until **THURSDAY, JANUARY 19, 2006** to file a response to the statement of fees and expenses and Memorandum of Law filed by former counsel. In their response, present counsel shall also set forth any legal authority they rely on in opposition to the award being sought by former counsel.

The Clerk of Court is directed to mail a copy of this Order to Plaintiffs' former counsel, Mr. John Michael Bailey, at his last known address.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 21, 2005

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 1:01-CV-01209 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

John M. Bailey
LAW OFFICES OF JOHN M. BAILEY
5978 Knight Arnold
Ste. 400
Memphis, TN 38115

Matthew D. Richardson
LITTLE SCHELLHAMMER & RICHARDSON
123 S. Second St.
P.O. Box 1226
Poplar Bluff, MO 63902

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Ricky L. Boren
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Honorable James Todd
US DISTRICT COURT